# United States District Court
## Violation Notice

CVB Location Code: **E0471**

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 7200602 | Benson | 1374 |

7200602

**Date and Time of Offense:** 05/02/2019 3:10PM
**Offense Charged:** 32 CFR 1903.7 (CFR)
**Place of Offense:** 930 Dolley Madison Blvd

**Offense Description; Factual Basis for Charge:**
Entering or remaining on an Agency Installation Without Proper Authorization

### DEFENDANT INFORMATION

**Last Name:** Hernandez
**First Name:** Jennifer
**M.I.:** G

*(Address redacted)*

**A** ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
**B** ☑ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

$ 110    Forfeiture Amount
+ $30 Processing Fee
**PAY THIS AMOUNT →** $ 140.00 Total Collateral Due

### YOUR COURT DATE

**Court Address:** 401 Courthouse Square, Alexandria, VA 22314
**Date:** 08/22/2019
**Time:** 09:00

X Defendant Signature: *(signed)*

---

## STATEMENT OF PROBABLE CAUSE

I state that on **May 2nd, 2019** while exercising my duties as a law enforcement officer in the **Eastern** District of **Virginia**

I observed Jennifer Hernandez, identified by North Carolina identification card #22492585, on the GBCI Compound in McLean, Virginia. Ms. Hernandez was instructed not to return to the Compound following a previous visit on 04/22/2019. Additionally, Ms. Hernandez was issued a written warning for entering or remaining on an Agency installation without proper authorization. All information on the front of this notice is incorporated by reference herein.

The foregoing statement is based upon:
☑ my personal observation
☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **05/02/2019**    Officer's Signature: *(signed) WMB*

Probable cause has been stated for the issuance of a warrant.

Executed on: _____    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident