United States District Court Eastern District of Virginia
401 Courthouse Square; Alexandria, Virginia 22314

Jennifer G. Hernandez
**Defendant**

Central Intelligence Agency (CIA)
**Plaintiff**

19po1666

==============================================================================

## Motion to Dismiss

**COMES Now** before this court is Defendant, Jennifer G. Hernandez, requesting to have the above captioned case against **Plaintiff** be dismissed since it lacks merit; Crain v. Commissioner (1947). I was never on their property trespassing I was at an unknown location in Reston, VA **Plaintiff** Headquarters are located in Langley, VA additionally, no signs were in Plainview to support Plaintiff's claim of trespassing. Furthermore, the day prior Defendant had a meeting at **SAID** address and left her government valid ID inadvertently there. The following day I took a public transportation Fairfax bus #15 filled with passengers since this bus makes several trips daily to that location unknown to me even their address was listed differently from the address on the internet. I did not trespass! Oliver v. United States (1967); After I collected my ID, I was hit with several trespassing threats after stating I had a crime to report. I was then ordered to stand, cuffed behind, placed in a patrol car without warning of being under arrest; Miranda v. Arizona (1966).

**Moreover,** if I was indeed trespassing on CIA property, they have their own courts since they do not answer to the lower courts including this court that falls under "lower courts;" Katz v. United States (1967). I showed no "unreasonable search and seizures" or violated "right to privacy" I was there during their normal hours of operation. Katz v. United States (1967) and Fourth Amendment; Furman v. Georgia (1972) that was violated by **Plaintiff** when I was placed in jail without an attorney; Gideon v. Wainwright (1963) this court also violated my due process, as well as, my *"Free Speech Clause"* when I tried to explained why I was there; Gitlow v. New York (1925).

Due to so many violations that's unconstitutional I requested that this court grand my motion as time served and dismiss this frivolous case that's wasting tax payers money and the court's time especially me since I'm being denied the right to take care of my health which requires surgery outside of this state; Weeks v. United States (1962); Mapp v. Ohio (1962); Unger v. Maryland (1976); Mont v. United States (2019) and Dred Scott v. Sandford (1857).

Date: 8/8/19

Jennifer Hernandez
MBI Health Services
1221 Taylor Street, NE
Washington, DC 20011
571-662-7725

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
_____ DIVISION

CIA
_____
Plaintiff(s),

v.

Jennifer A. Hernandez
_____
Defendant(s).

Civil Action Number: 1:19PO 1666

## LOCAL RULE 83.1(M) CERTIFICATION

I declare under penalty of perjury that:

No attorney has prepared, or assisted in the preparation of __Motion to dismiss__
(Title of Document)

__Jennifer Hernandez__
Name of Pro Se Party (Print or Type)

__[signature]__
Signature of Pro Se Party

Executed on: __8/8/19__ (Date)

OR

The following attorney(s) prepared or assisted me in preparation of __N/A__.
(Title of Document)

__N/A__
(Name of Attorney)

__N/A__
(Address of Attorney)

_____
(Telephone Number of Attorney)
Prepared, or assisted in the preparation of, this document

_____
(Name of Pro Se Party (Print or Type)

_____
Signature of Pro Se Party

Executed on _____ (Date)