IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Docket No. 1:19-PO-1666 |
| | ) |
| JENNIFER HERNANDEZ, | ) |
| | ) |
| Defendant. | ) |

ORDER

On August 8, 2019, the defendant, pro se, filed a Motion to Dismiss (Docket No. 3). As counsel has been appointed in this case and the case continued to November 12, 2019 before the undersigned, the Motion to Dismiss will be addressed at that time.

Entered this 19th day of August, 2019.

/s/
John F. Anderson
United States Magistrate Judge

John F. Anderson
United States Magistrate Judge

Alexandria, Virginia